Joseph R. Valle, Jr.
jvalle@riemerlaw.com
RIEMER & BRAUNSTEIN, LLP
7 Times Square, Suite 2506
New York, New York 10036
212-789-3100
617-880-3429
*ATTORNEYS FOR WELLS FARGO EQUIPMENT FINANCE, INC.*

> Application DENIED. The initial pre-trial conference shall proceed as scheduled. The parties shall submit their pre-conference materials by March 6, 2024.
>
> Dated: March 5, 2024
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WELLS FARGO EQUIPMENT FINANCE, INC.,

                Plaintiff,

against

JOSEPH COHEN AND EDWARD COHEN,

                Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No: 1:24-cv-00422-LGS

**LETTER MOTION FOR ADJOURNMENT OF THE CURRENTLY SCHEDULED INTIAL RULE 16 CONFERENCE ON MARCH 13, 2024**

      The Plaintiff, Wells Fargo Equipment Finance, Inc. and the Defendants, Joseph Cohen and Edward Cohen, by and through their counsel, Harlan M. Lazarus, copied herein, respectfully request that the March 13, 2024 Initial Conference (and the accompanying Joint Letter requirements presently due March 6, 2024) be continued until May 8, 2024 or to whatever subsequent May date that is convenient for the Court. As grounds therefore, the Parties state that the Defendants' original Answer date was set by the Court in conjunction with the Defendants' agreement to accept service of process for April 8, 2024, and that the Parties are in the process of attempting to amicably resolve the litigation.

There have been no prior requests for an adjournment of the initial conference or otherwise. In the interests of judicial time and resources, and the legal fees associated with such an exercise, the Plaintiff respectfully requests that the Initial Conference be continued accordingly.

        WELLS FARGO EQUIPMENT
        FINANCE, INC.

        By Their Attorneys,
        RIEMER & BRAUNSTEIN LLP

Dated: March 4, 2024

        */s/Joseph R. Valle, Jr.*
        Joseph R. Valle, Jr., BBO #550291
        Riemer & Braunstein LLP
        100 Cambridge Street, 22nd Floor
        Boston, Massachusetts 02114-2527
        (617) 880-3429
        jvalle@riemerlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph R. Valle, Jr. hereby certify that on this 4thh day of March 2024, I served the foregoing by causing a copy of same to be delivered by a true copy thereof, by e-mail and first-class mail.

Harlan M. Lazarus, Esquire
Lazarus & Lazarus PC
240 Madison Avenue
New York, NY 10016
hlazarus@lazarusandlazarus.com

        */s/ Joseph R. Valle, Jr.*
        Joseph R. Valle, Jr.

3863949.1